DOROTHY E. PARKER, Respondent, v. LAWRENCE W. PARKER, Appellant.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. J. FRANCIS DUNN, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

All concur.

JOHN MURRAY, an Infant, by EVA MURRAY, His Guardian ad Litem, Respondent, v. FREDERICK BRAINARD, SR., Appellant. FRANKLYN TUNISON, an Infant, by FRANK TUNISON, His Guardian ad Litem, Respondent, v. FREDERICK BRAINARD, SR., Appellant.—

All concur.